# EXHIBIT 1

# Invoice SI25W00066

January 17, 2025
Page  1 / 1



|  | **Ship-to Address** |  |
|---|---|---|
| Positive Synergy | Positive Synergy | Silfab Solar WA Inc. |
| 1635 Mesquite Ave | 1635 Mesquite Ave | 1770 Port Drive |
| Lake Havasu City, AZ 86403 | Lake Havasu City, AZ 86403 | Burlington, WA 98233 |
| USA | USA |  |

| **Sell-to Customer No.** | **Customer PO No.** | **Order No.** | **Salesperson** |
|---|---|---|---|
| CW10247 | 123456 | SO24W01142 | Maurice Smith |

| **Due Date** | **Payment Terms** | **Payment Method** |
|---|---|---|
| March 18, 2025 | Net 60 days from invoice date |  |

| **Shipment Method** | **Shipping Agent Code** | **Package Tracking No.** |
|---|---|---|

| No. | Description | Unit | Quantity | Unit Price | VAT % | Line Amount |
|---|---|---|---|---|---|---|
| SIL430QD10PBM4F | 430WP 108HC M10 TOPCon 10BB | Each | 416 | 137.60 | 0 | 57,241.60 |
|  | BOL#SS25W00076 |  |  |  |  |  |

|  |  |
|---|---|
| **Discount** | 0.00 |
| **Subtotal** | 57,241.60 |
| **VAT Amount** | 0.00 |
| **Total USD$** | **57,241.60** |

| Amount Subject to Sales Tax | 0.00 |
|---|---|
| Amount Exempt from Sales Tax | 57,241.60 |

Please note:  15% charge applies on order cancellation; 15% restocking fee applies on any return
           2% late payment charge per month (24% annually) applies; Please refer to Terms and Conditions

| Home Page | Phone No. | Email |
|---|---|---|
| www.silfabsolar.com | +1-360-569-4733 | info_usa@silfabsolar.com |

# Invoice SI25W00067

January 17, 2025
Page  1 / 1



| | Ship-to Address | |
|---|---|---|
| Positive Synergy | Positive Synergy | Silfab Solar WA Inc. |
| 1635 Mesquite Ave | 4202 E Elwood St Suite #16 | 1770 Port Drive |
| Lake Havasu City, AZ 86403 | Phoenix, AZ 85040 | Burlington, WA 98233 |
| USA | USA | |

| Sell-to Customer No. | Customer PO No. | Order No. | Salesperson |
|---|---|---|---|
| CW10247 | 123456 | SO25W00025 | Maurice Smith |

| Due Date | Payment Terms | Payment Method | |
|---|---|---|---|
| March 18, 2025 | Net 60 days from invoice date | | |

| Shipment Method | Shipping Agent Code | Package Tracking No. | |
|---|---|---|---|

| No. | Description | Unit | Quantity | Unit Price | VAT % | Line Amount |
|---|---|---|---|---|---|---|
| SIL430QD10PBM4F | 430WP 108HC M10 TOPCon 10BB | Each | 416 | 137.60 | 0 | 57,241.60 |
| | BOL#SS25W00074 | | | | | |

|  |  |
|---|---|
| **Discount** | 0.00 |
| **Subtotal** | 57,241.60 |
| **VAT Amount** | 0.00 |
| **Total USD$** | **57,241.60** |

| | |
|---|---|
| Amount Subject to Sales Tax | 0.00 |
| Amount Exempt from Sales Tax | 57,241.60 |

Please note:  15% charge applies on order cancellation; 15% restocking fee applies on any return
                      2% late payment charge per month (24% annually) applies; Please refer to Terms and Conditions

| Home Page | Phone No. | Email |
|---|---|---|
| www.silfabsolar.com | +1-360-569-4733 | info_usa@silfabsolar.com |

# Invoice SI25W00148

February 5, 2025
Page 1 / 1



|  | Ship-to Address |  |
|---|---|---|
| Positive Synergy | Positive Synergy | Silfab Solar WA Inc. |
| 1635 Mesquite Ave | 4202 E Elwood St Suite #16 | 1770 Port Drive |
| Lake Havasu City, AZ 86403 | Phoenix, AZ 85040 | Burlington, WA 98233 |
| USA | USA |  |

| Sell-to Customer No. | Customer PO No. | Order No. | Salesperson |
|---|---|---|---|
| CW10247 | 123456 | SO24W01143 | Maurice Smith |

| Due Date | Payment Terms | Payment Method |
|---|---|---|
| April 6, 2025 | Net 60 days from invoice date |  |

| Shipment Method | Shipping Agent Code | Package Tracking No. |
|---|---|---|

| No. | Description | Unit | Quantity | Unit Price | VAT % | Line Amount |
|---|---|---|---|---|---|---|
| SIL430QD10PBM4F | 430WP 108HC M10 TOPCon 10BB | Each | 832 | 137.60 | 0 | 114,483.20 |
|  | BOL#SS25W00170 |  |  |  |  |  |

|  |  |
|---|---|
| **Discount** | 0.00 |
| **Subtotal** | 114,483.20 |
| **VAT Amount** | 0.00 |
| **Total USD$** | **114,483.20** |

| Amount Subject to Sales Tax | 0.00 |
|---|---|
| Amount Exempt from Sales Tax | 114,483.20 |

Please note:  15% charge applies on order cancellation; 15% restocking fee applies on any return
2% late payment charge per month (24% annually) applies; Please refer to Terms and Conditions

| Home Page | Phone No. | Email |
|---|---|---|
| www.silfabsolar.com | +1-360-569-4733 | accountsreceivable@silfabsolar.com |

# Invoice SI25W00156

February 7, 2025
Page  1 / 1



**Ship-to Address**

| | | |
|---|---|---|
| Positive Synergy | Positive Synergy | Silfab Solar WA Inc. |
| 1635 Mesquite Ave | 4202 E Elwood St Suite #16 | 1770 Port Drive |
| Lake Havasu City, AZ 86403 | Phoenix, AZ 85040 | Burlington, WA 98233 |
| USA | USA | |

| **Sell-to Customer No.** | **Customer PO No.** | **Order No.** | **Salesperson** |
|---|---|---|---|
| CW10247 | 123456 | SO24W01144 | Maurice Smith |

| **Due Date** | **Payment Terms** | **Payment Method** | |
|---|---|---|---|
| April 8, 2025 | Net 60 days from invoice date | | |

| **Shipment Method** | **Shipping Agent Code** | **Package Tracking No.** | |
|---|---|---|---|
| | | | |

| No. | Description | Unit | Quantity | Unit Price | VAT % | Line Amount |
|---|---|---|---|---|---|---|
| SIL430QD10PBM4F | 430WP 108HC M10 TOPCon 10BB | Each | 832 | 137.60 | 0 | 114,483.20 |
| | BOL#SS25W00177 | | | | | |

| | |
|---|---|
| **Discount** | 0.00 |
| **Subtotal** | 114,483.20 |
| **VAT Amount** | 0.00 |
| **Total USD$** | **114,483.20** |

| | |
|---|---|
| Amount Subject to Sales Tax | 0.00 |
| Amount Exempt from Sales Tax | 114,483.20 |

Please note:  15% charge applies on order cancellation; 15% restocking fee applies on any return
              2% late payment charge per month (24% annually) applies; Please refer to Terms and Conditions

| Home Page | Phone No. | Email |
|---|---|---|
| www.silfabsolar.com | +1-360-569-4733 | accountsreceivable@silfabsolar.com |

# Invoice SI25W00160

February 11, 2025
Page  1 / 1



**Ship-to Address**

| | | |
|---|---|---|
| Positive Synergy | Positive Synergy | Silfab Solar WA Inc. |
| 1635 Mesquite Ave | 4202 E Elwood St Suite #16 | 1770 Port Drive |
| Lake Havasu City, AZ 86403 | Phoenix, AZ 85040 | Burlington, WA 98233 |
| USA | USA | |

| Sell-to Customer No. | Customer PO No. | Order No. | Salesperson |
|---|---|---|---|
| CW10247 | 123456 | SO24W01145 | Maurice Smith |

| Due Date | Payment Terms | Payment Method | |
|---|---|---|---|
| April 12, 2025 | Net 60 days from invoice date | | |

| Shipment Method | Shipping Agent Code | Package Tracking No. | |
|---|---|---|---|
| | | | |

| No. | Description | Unit | Quantity | Unit Price | VAT % | Line Amount |
|---|---|---|---|---|---|---|
| SIL430QD10PBM4F | 430WP 108HC M10 TOPCon 10BB | Each | 832 | 137.60 | 0 | 114,483.20 |
| | BOL#SS25W00183 | | | | | |

|  |  |
|---|---|
| **Discount** | 0.00 |
| **Subtotal** | 114,483.20 |
| **VAT Amount** | 0.00 |
| **Total USD$** | **114,483.20** |

| | |
|---|---|
| Amount Subject to Sales Tax | 0.00 |
| Amount Exempt from Sales Tax | 114,483.20 |

Please note:  15% charge applies on order cancellation; 15% restocking fee applies on any return
              2% late payment charge per month (24% annually) applies; Please refer to Terms and Conditions

| Home Page | Phone No. | Email |
|---|---|---|
| www.silfabsolar.com | +1-360-569-4733 | accountsreceivable@silfabsolar.com |

# Invoice SI25W00216

February 21, 2025
Page 1 / 1



**Ship-to Address**

| Positive Synergy | Positive Synergy | Silfab Solar WA Inc. |
| --- | --- | --- |
| 1635 Mesquite Ave | 6320 S. Sandhill Road | 1770 Port Drive |
| Lake Havasu City, AZ 86403 | Suite 5 | Burlington, WA 98233 |
| USA | Las Vegas, NV 83120 | |
| | USA | |

| Sell-to Customer No. | Customer PO No. | Order No. | Salesperson |
| --- | --- | --- | --- |
| CW10247 | 123456 | SO24W01146 | Maurice Smith |

| Due Date | Payment Terms | Payment Method | |
| --- | --- | --- | --- |
| April 22, 2025 | Net 60 days from invoice date | | |

| Shipment Method | Shipping Agent Code | Package Tracking No. | |
| --- | --- | --- | --- |

| No. | Description | Unit | Quantity | Unit Price | VAT % | Line Amount |
| --- | --- | --- | --- | --- | --- | --- |
| SIL430QD10PBM4F | 430WP 108HC M10 TOPCon 10BB | Each | 832 | 137.60 | 0 | 114,483.20 |
| | BOL#SS25W00252 | | | | | |

| | |
| --- | --- |
| **Discount** | 0.00 |
| **Subtotal** | 114,483.20 |
| **VAT Amount** | 0.00 |
| **Total USD$** | **114,483.20** |

| | |
| --- | --- |
| Amount Subject to Sales Tax | 0.00 |
| Amount Exempt from Sales Tax | 114,483.20 |

Please note: 15% charge applies on order cancellation; 15% restocking fee applies on any return
2% late payment charge per month (24% annually) applies; Please refer to Terms and Conditions

| Home Page | Phone No. | Email |
| --- | --- | --- |
| www.silfabsolar.com | +1-360-569-4733 | accountsreceivable@silfabsolar.com |

# Invoice SI25W00315

March 11, 2025
Page  1 / 1



Ship-to Address

| Positive Synergy | Positive Synergy | Silfab Solar WA Inc. |
| --- | --- | --- |
| 1635 Mesquite Ave | 1635 Mesquite Ave | 1770 Port Drive |
| Lake Havasu City, AZ 86403 | Lake Havasu City, AZ 86403 | Burlington, WA 98233 |
| USA | USA | |

| Sell-to Customer No. | Customer PO No. | Order No. | Salesperson |
| --- | --- | --- | --- |
| CW10247 | 123456 | SO24W01147 | Maurice Smith |

| Due Date | Payment Terms | Payment Method | |
| --- | --- | --- | --- |
| May 10, 2025 | Net 60 days from invoice date | | |

| Shipment Method | Shipping Agent Code | Package Tracking No. | |
| --- | --- | --- | --- |

| No. | Description | Unit | Quantity | Unit Price | VAT % | Line Amount |
| --- | --- | --- | --- | --- | --- | --- |
| SIL430QD10PBM4F | 430WP 108HC M10 TOPCon 10BB | Each | 832 | 137.60 | 0 | 114,483.20 |
| | BOL#SS25W00361 | | | | | |

| | |
| --- | --- |
| **Discount** | 0.00 |
| **Subtotal** | 114,483.20 |
| **VAT Amount** | 0.00 |
| **Total USD$** | **114,483.20** |

| | |
| --- | --- |
| Amount Subject to Sales Tax | 0.00 |
| Amount Exempt from Sales Tax | 114,483.20 |

Please note:  15% charge applies on order cancellation; 15% restocking fee applies on any return
          2% late payment charge per month (24% annually) applies; Please refer to Terms and Conditions

| Home Page | Phone No. | Email |
| --- | --- | --- |
| www.silfabsolar.com | +1-360-569-4733 | accountsreceivable@silfabsolar.com |

# Invoice SI25W00357

March 21, 2025
Page  1 / 1



**Ship-to Address**

| Positive Synergy | Positive Synergy | Silfab Solar WA Inc. |
| --- | --- | --- |
| 1635 Mesquite Ave | 4202 E Elwood St Suite #16 | 1770 Port Drive |
| Lake Havasu City, AZ 86403 | Phoenix, AZ 85040 | Burlington, WA 98233 |
| USA | USA | |

| Sell-to Customer No. | Customer PO No. | Order No. | Salesperson |
| --- | --- | --- | --- |
| CW10247 | 123456 | SO24W01148 | Maurice Smith |

| Due Date | Payment Terms | Payment Method | |
| --- | --- | --- | --- |
| May 20, 2025 | Net 60 days from invoice date | | |

| Shipment Method | Shipping Agent Code | Package Tracking No. | |
| --- | --- | --- | --- |

| No. | Description | Unit | Quantity | Unit Price | VAT % | Line Amount |
| --- | --- | --- | --- | --- | --- | --- |
| SIL430QD10PBM4F | 430WP 108HC M10 TOPCon 10BB | Each | 832 | 137.60 | 0 | 114,483.20 |
| | BOL#SS25W00412 | | | | | |

|  |  |
| --- | --- |
| **Discount** | 0.00 |
| **Subtotal** | 114,483.20 |
| **VAT Amount** | 0.00 |
| **Total USD$** | **114,483.20** |

| Amount Subject to Sales Tax | 0.00 |
| --- | --- |
| Amount Exempt from Sales Tax | 114,483.20 |

Please note:  15% charge applies on order cancellation; 15% restocking fee applies on any return
2% late payment charge per month (24% annually) applies; Please refer to Terms and Conditions

| Home Page | Phone No. | Email |
| --- | --- | --- |
| www.silfabsolar.com | +1-360-569-4733 | accountsreceivable@silfabsolar.com |

# Invoice SI25W00359

March 22, 2025
Page  1 / 1



|  | Ship-to Address |  |
|---|---|---|
| Positive Synergy | Positive Synergy | Silfab Solar WA Inc. |
| 1635 Mesquite Ave | 4202 E Elwood St Suite #16 | 1770 Port Drive |
| Lake Havasu City, AZ 86403 | Phoenix, AZ 85040 | Burlington, WA 98233 |
| USA | USA |  |

| **Sell-to Customer No.** | **Customer PO No.** | **Order No.** | **Salesperson** |
|---|---|---|---|
| CW10247 | Q1 2025 SILFAB | SO24W01555 | Maurice Smith |

| **Due Date** | **Payment Terms** | **Payment Method** |  |
|---|---|---|---|
| May 21, 2025 | Net 60 days from invoice date |  |  |

| **Shipment Method** | **Shipping Agent Code** | **Package Tracking No.** |  |
|---|---|---|---|

| No. | Description | Unit | Quantity | Unit Price | VAT % | Line Amount |
|---|---|---|---|---|---|---|
| SIL430QD10PBM4F | 430WP 108HC M10 N-Type 10BB | Each | 832 | 137.60 | 0 | 114,483.20 |
|  | BOL#SS25W00418 |  |  |  |  |  |

|  |  |
|---|---:|
| **Discount** | 0.00 |
| **Subtotal** | 114,483.20 |
| **VAT Amount** | 0.00 |
| **Total USD$** | **114,483.20** |

| Amount Subject to Sales Tax | 0.00 |
|---|---:|
| Amount Exempt from Sales Tax | 114,483.20 |

Please note:  15% charge applies on order cancellation; 15% restocking fee applies on any return
             2% late payment charge per month (24% annually) applies; Please refer to Terms and Conditions

| Home Page | Phone No. | Email |
|---|---|---|
| www.silfabsolar.com | +1-360-569-4733 | accountsreceivable@silfabsolar.com |